UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew Jones

    v.                                              Case No. 23-cv-53-LM

NH State Police Troop E et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 10, 2023.

                                                                        _____
                                                                         Landya B. McCafferty
                                                                         United States District Judge

Date: May 16, 2023

cc: Matthew Jones, pro se